UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EUGENE RICE,<br><br>Petitioner,<br><br>v.<br><br>DANIEL PARAMO,<br><br>Respondent. | Case No. 1:18-cv-00111-LJO-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE COURT REMEDIES<br><br>ECF Nos. 15, 20, 24 |

Petitioner Justin Eugene Rice, a state prisoner represented by counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 24, 2019, the assigned magistrate judge issued findings and recommendations that the court deny respondent's motion to dismiss. ECF No. 20. On February 19, 2019, respondent objected to the findings and recommendations. ECF No. 23. On February 22, 2019, petitioner moved for leave to file a reply to respondent's objections. ECF No. 24.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on January 24, 2019, ECF No. 20, are adopted in full;
2. Respondent's motion to dismiss, ECF No. 15, is denied;
3. Petitioner's motion for leave to file a reply to respondent's objections, ECF No. 24, is denied as moot; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 25, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE