UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EUGENE RICE, | Case No. 1:18-cv-00111-LJO-JDP (HC) |
| Petitioner, | ORDER ON NEW BRIEFING SCHEDULE |
| v. | |
| DANIEL PARAMO, | |
| Respondent. | |

Petitioner Justin Eugene Rice, a state prisoner now represented by counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner retained counsel after filing the petition without the assistance of counsel, and the court indicated that it would allow petitioner to amend the petition and set a new briefing schedule. *See* ECF No. 20 at 4. Before the court issued a new scheduling order, the parties stipulated to a briefing schedule on petitioner's motion to amend and filed a proposed order. *See* ECF No. 26. We adopt the parties' stipulation and appreciate the efforts of the attorneys from both sides in this matter.

**Order**

1. Petitioner's motion to amend the petition is due Monday, April 15, 2019.
2. Respondent's opposition or statement of non-opposition is due Monday, April 29, 2019.
3. Petitioner's optional reply brief is due Monday, May 6, 2019.
4. The court will set a new briefing schedule on the merits after resolving petitioner's motion to amend.

IT IS SO ORDERED.

Dated:     March 8, 2019

_____
UNITED STATES MAGISTRATE JUDGE