UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EUGENE RICE,<br><br>Petitioner,<br><br>v.<br><br>DANIEL PARAMO,<br><br>Respondent. | Case No. 1:18-cv-00111-LJO-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND AND SETTING BRIEFING SCHEDULE<br><br>ECF No. 33 |

Petitioner Justin Eugene Rice, a state prisoner represented by counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner moves to amend the petition, and respondent does not oppose. ECF Nos. 33-34. We will grant petitioner's motion to amend and set a schedule for briefing on the merits.

**Order**

1. Petitioner's motion to amend the petition, ECF No. 33, is granted.
2. Respondent's answer is due Friday, July 19, 2019.
3. Petitioner's traverse, if any, is due Monday, August 19, 2019.

IT IS SO ORDERED.

Dated: June 18, 2019

UNITED STATES MAGISTRATE JUDGE

1