# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EUGENE RICE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO,<br><br>　　　　Respondent. | Case No.: 1:18-cv-111 JLT JDP (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS DENYING THE FIRST AMENDED PETITION<br><br>(Docs. 32, 44) |

　　　　Justin Eugene Rice is a state prisoner proceeding *pro se* with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 32.) Petitioner identifies the following grounds for relief in his Amended Petition: (1) ineffective assistance of counsel, and (2) insufficiency of the evidence. (*See id.*)

　　　　On February 28, 2022, the magistrate judge issued Findings and Recommendations to deny Petitioner's Amended Petition. (Doc. 44.) The Court served the Findings and Recommendations on all parties. (*Id.*) It contained notice that any objections were to be filed within fourteen days after service. (*Id.*) On March 18, 2022, Petitioner filed objections and requested a Certificate of Appealability. (Doc. 47.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court finds the Findings and Recommendations are

1

supported by the record and proper analysis. However, given the novelty of this case, the Court grants Petitioner's request for Certificate of Appealability. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 28, 2022 (Doc. 44) are **ADOPTED** in full.
2. Petitioner's Amended Petition (Doc. 32) is **DENIED**.
3. Petitioner's request for a Certificate of Appealability is **GRANTED**; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE